1  James R. Patterson, State Bar No. 211102
   Alisa A. Martin, State Bar No. 224037
2  HARRISON PATTERSON & O'CONNOR LLP
   402 West Broadway, 29th Floor
3  San Diego, CA 92101
   Telephone: (619) 756-6990
4  Facsimile: (619) 756-6991

5  Gene J. Stonebarger, State Bar No. 209461
   LINDSAY & STONEBARGER
6  A Professional Corporation
   620 Coolidge Drive, Suite 225
7  Folsom, CA 95630
   Telephone: (916) 294-0002
8  Facsimile: (916) 294-0012

9  Attorneys for Plaintiff and the Class

10

## UNITED STATE DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| MARK WINKLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP INC., a Delaware corporation; CITIMORTAGE, INC., a New York corporation; and CITIBANK N.A.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 09-cv-1999-BTM-CAB<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF NONOPPPOSITION TO DEFENDANTS' MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Judge: Hon. Barry Ted Moskowitz<br>Date: March 12, 2010<br>Time: 11:00 a.m.<br>Court: Room 15<br><br>***Oral argument not required***<br><br>*Complaint Filed: September 11, 2009* |
|---|---|

### Plaintiff Does Not Oppose the Motion to Transfer

Plaintiff Mark Winkler submits this notice of non-opposition to Defendants' motion to transfer to the Northern District of California pursuant to 28 U.S.C. § 1404(a). As addressed in Defendants' motion, there is a similar putative class action case pending against Defendants in the Northern District before the Honorable Maxine M. Chesney, styled as *David Levin v. Citibank, N.A.*, Case No. C 09-00350 MMC. Because Honorable Chesney already rendered key

rulings in the *Levin* matter, Plaintiff agrees with Defendants' assessment that it would be more efficient and economical for all concerned to have both cases pending before the same court. Moreover, the parties are discussing the possibility of coordinating both cases.

### **Defendants' Pending Motion to Dismiss Should Be Continued Until After Case is Transferred**

Defendants filed a motion to dismiss the complaint concurrently with their motion to transfer venue, which is set to be heard on March 12, 2010. Pursuant to this Court's order on October 26, 2009, Document No. 5, Plaintiff's deadline to oppose the motion is January 29, 2010. Plaintiff discussed the pending motion with Defendants and the parties agree that the pending motion to dismiss, along with Plaintiff's deadline to oppose the motion and Defendants' deadline to reply to any response, should be stayed until after the Court rules on the pending motion to transfer. The parties thus concurrently submit a joint motion and proposed order to effectuate this agreement.

Dated: January 25, 2010                    HARRISON PATTERSON & O'CONNOR LLP


By:   /s/ Alisa A. Martin
      James R. Patterson
      Alisa A. Martin
      Attorneys for Plaintiff and the Class

LINDSAY & STONEBARGER, APC
Gene J. Stonebarger, State Bar No. 209461620
gstonebarger@lindstonelaw.com
Coolidge Drive, Suite 225
Folsom, CA 95630
Telephone: (916) 294-0002
Facsimile: (916) 294-0012

*Attorneys for Plaintiff MARK WINKLER and the Class*