**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MARK WINKLER, on behalf of himself )
and all others similarly situated, )
                           )
         Plaintiff           )
                           )
         vs.                    )
CITIGROUP INC., a Delaware corporation; )
CITIMORTAGE, INC., a New York )
corporation; and CITIBANK, N.A.; and )
DOES 1 through 50, inclusive, )
         Defendant   )

Case No. 09-cv-1999-BTM-CAB

**PRO HAC VICE APPLICATION**

CITIGROUP INC., CITIMORTGAGE,
INC., CITIBANK, N.A.

Party Represented

---

I, Debra Bogo-Ernst _____ hereby petition the above entitled court to permit me
              (Applicant)

**FILED**

**FEB 1 2009**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

to appear and participate in this case and in support of petition state:

My firm name:    Mayer Brown LLP
Street address:    71 South Wacker Drive
City, State, ZIP:   Chicago, Illinois 60606-4637
Phone number:    (312) 782 0600

That on November 9, 2000 _____ I was admitted to practice before Supreme Court for the State of Illinois
          (Date)                                                  (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ (have) ☒ (have not) concurrently or within the year preceding this application made any pro hac
vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case number _____ Date of application _____

Application    ☐ granted      ☐ denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Lisa W. Cornehl                           (213) 229-9500
(Name)                                          (Telephone)
Mayer Brown LLP
(Firm)
350 South Grand Avenue, 25th Floor      Los Angeles, CA          90071-1503
(Street)                                 (City)                                (Zip code)

_____
Signature of Applicant
Debra Bogo-Ernst

American LegalNet, Inc.
www.FormsWorkflow.com

28809986.1

I hereby consent to the above designation.

_Lisa W. Cornchl_
Signature of Designee Attorney
Lisa W. Cornchl

The pro hac vice application is hereby approved for filing

DEC 15 2009

M3, $180.00,8266

Received $180.00 for Court Library fee

_____ Deputy Clerk

Date _1-28-2010_

It is so Ordered

_____

**Pro Hac Vice**     (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application , and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**     $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

8/7/07

28809986.1

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK WINKLER, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff ) | Case No. 09-cv-1999-BTM-CAB |
| ) | |
| vs. ) | **PRO HAC VICE APPLICATION** |
| CITIGROUP INC., a Delaware corporation; ) CITIMORTAGE, INC., a New York ) corporation; and CITIBANK, N.A.; and ) DOES 1 through 50, inclusive, ) | CITIGROUP INC., CITIMORTGAGE, INC., CITIBANK, N.A. |
| Defendant | Party Represented |

I, Lucia Nale _____ hereby petition the above entitled court to permit me

(Applicant)

to appear and participate in this case and in support of petition state:

**FILED**

**FEB 1 2009**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

My firm name:    Mayer Brown LLP
Street address:    71 South Wacker Drive
City, State, ZIP:    Chicago, Illinois 60606-4637
Phone number:    (312) 782 0600

That on November 9, 1989 _____ I was admitted to practice before Supreme Court of the State of Illinois

(Date)                                                                                          (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ (have) ☒ (have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case number _____ Date of application _____

Application    ☐ granted    ☐ denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Lisa W. Cornehl                                                    (213) 229-9500
(Name)                                                                    (Telephone)
Mayer Brown LLP
(Firm)
350 South Grand Avenue, 25th Floor         Los Angeles, CA                    90071-1503
(Street)                                                       (City)                                    (Zip code)

_____
Signature of Applicant
Lucia Nale

American LegalNet, Inc.
www.FormsWorkflow.com

28809988.1

I hereby consent to the above designation.

*Lisa W. Cornehl*

Signature of Designee Attorney
Lisa W. Cornehl


The pro hac vice application is hereby approved for filing


DEC 15 2009

Us, to 150.00, 5257

Received $180.00 for Court Library fee

_____ Deputy Clerk

Date 1-28-2010

It is so Ordered

*Barry Ted Moskowitz*


**Pro Hac Vice**     (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application , and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.


**Fee:**     $180.00, payable to Clerk, U.S. District Court


**Application and fee should be mailed directly to:**

> W. Samuel Hamrick, Jr., Clerk
> United States District Court
> Southern District of California
> 880 Front Street Suite 4290
> San Diego, California 92101-8900

8/7/07

28809988.1

American LegalNet, Inc.
www.FormsWorkflow.com