IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK WINKLER,                       No. C-10-0572 MMC

    Plaintiff                     **ORDER CLOSING CONSOLIDATED CASE FOR STATISTICAL PURPOSES ONLY**

  v.

CITIGROUP, INC., et al.,

    Defendants.
_____/

        By order filed May 18, 2010, the following cases were consolidated for all purposes: (1) Levin v. Citibank, N.A., C-09-0350 MMC; and (2) Winkler v. Citigroup. Inc., C-10-0572 MMC. The May 18, 2010 order further provides that all further filings in the consolidated proceeding shall be made in Case No. 09-0350.

        In light of the consolidation, the Court hereby CLOSES Case No. C-10-0572 for statistical purposes only.

        Nothing contained in this order shall be considered a dismissal or disposition of any action or of any claim made within Case No. C-10-0572. Should further proceedings become necessary or desirable in Case No. C-10-0572, any party may initiate them in the same manner as if this order had not been entered.

        **IT IS SO ORDERED.**

Dated: August 30, 2010

                                                               MAXINE M. CHESNEY
                                                              United States District Judge